**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sherrie Morton BURGESS,
Defendant–Appellant.**

No. 01–7031.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

Sherrie Morton Burgess, pro se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, NC, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Sherrie Morton Burgess seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Burgess,* Nos. CR–97–18; CA–00–990–1 (M.D.N.C. June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*